IT IS ORDERED AND NOTICE IS GIVEN THAT:

    (a) The trustee is authorized to compensate the debtor's attorney in the amount requested below without further notice or order if copies are timely served per (b) unless, within 30 days of the "FILED" date, a party files a written objection that sets forth specific grounds for it, with the Clerk of Court, 1001 SW 5th Ave #700, Portland OR 97204. If the amount requested includes fees for work necessary to complete the case, and payment of such fees will have any impact on creditor distributions, the trustee is authorized to compensate the attorney in the amount requested for work necessary to complete the case 21 days after an itemized bill for the additional work is filed and a copy is served on the debtor unless, within 14 days after service, a written objection is filed.

    (b) The applicant must comply with all provisions in the court's Notice to Serve Document(s), and must BOTH (1) properly serve a copy of this document, AND (2) FILE a completed "Certificate of Service" using a copy of this document (WITHOUT any attachments).

_/s/ Elizabeth L Perris_
ELIZABETH PERRIS
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                  )
                                     ) Case No. _____
                                     )
                                     ) [ONLY FOR CHAPTER 13 CASES]
                                     ) APPLICATION BY DEBTOR'S ATTORNEY
                                     ) FOR SUPPLEMENTAL COMPENSATION;
Debtor(s)                        ) AND ORDER AND NOTICE THEREON

I, the undersigned debtor's attorney, whose address and phone number are _____
_____, apply for additional compensation from the debtor's estate for the period from _____ to _____ in the sum of $_____ (which is not less than $500 unless this is a final application, and which, if this is a final application, includes $_____ in anticipated additional fees to complete the case), per the attached itemized billing summary.

I CERTIFY THAT:

    1. This (**Check One**)     IS    IS NOT my final application for compensation in this case.

    2. I have previously been awarded a total of $_____. If granted, the total approved compensation amount will be $_____.

1307 (7/18/13) **Page 1 of 2**

3. My Disclosure of Compensation shows the debtor(s) and I agreed to:
___ Schedule 2   ___ Schedule 3.

4. My previous application for compensation (i.e., either the original compensation disclosure or a supplemental application) was filed on _____, which is more than six months from the date of this application unless this is my final application.

5. **Allowance of this application will require that the distribution to creditors be reduced, the debtor pay more, or a combination of the two. Even if the distribution to creditors is not reduced, payments to creditors may be delayed**, sometimes for an extended period. If the debtor must pay more, the debtor will either be required to make additional or increased plan payments. If you want to know what impact the allowance of this fee application will have on you, you should contact the attorney whose contact information is above. The attorney is required to explain the impact on you of the allowance of the additional compensation within seven days after you request the information.

6. Applicant will file a modified plan within 28 days of allowance of the compensation requested in this application if the allowance will otherwise require plan modification.

7. Applicant declares that, except as explained below, the minimum time billed is not in increments that exceed .1 hour (6 minutes), and that any time spent working on multiple matters concurrently has been allocated between those matters so that total billings do not exceed the actual time spent:

DATE: _____                          _____
                                           Debtor's Attorney


***STOP:* BEFORE SERVING COPIES, SUBMIT THE MOTION TO OBTAIN A JUDGE'S ORDER!**


**CERTIFICATE OF SERVICE**

I certify that on _____ a copy of this application and order thereon (without attachments unless the order requires service of an economic impact statement on the debtor), and any Notice of Hearing prepared by the court per the judge's order, were served on the debtor, and, if amounts requested and anticipated exceed $1,000, on all creditors who filed claims and entities that filed a request to receive all case notices.

_____
Signature & Relation to Applicant

1307 (7/18/13) **Page 2 of 2**

# VANDEN BOS & CHAPMAN, LLP.

ATTORNEYS AT LAW  
SUITE 520, THE SPALDING BUILDING  
319 S.W. WASHINGTON STREET  
PORTLAND, OREGON 97204-2690

ROBERT J VANDEN BOS  
ANN K. CHAPMAN  
Website: www.vandenbos-chapman.com

Tel: (503) 241-4869  
Fax: (503) 241-3731

DOUGLAS R. RICKS  
CHRISTOPHER N. COYLE

___

Deborah Denney  
19500 Pruneridge Ave., Apt. 10207  
Cupertino CA  95014-6754

Through 06-30-14  
Printed 07-28-14  
File No.      8397

___

RE: Chapter 13 Bankruptcy

### * * * SERVICES * * *

**Tax Issues**

| Date | Description | WHO | RATE | HRS. | AMOUNT |
|---|---|---|---|---|---|
| 11-04-13 | Review and respond to email from client re: Internal Revenue Service notice. | 13CC | 250.00 | 0.10 | 25.00 |
| 11-05-13 | Review e-mail from client re: notices from Internal Revenue Service and California Franchise Tax Board; review the same; draft responsive email to client, Nick Henderson, attorney for Mark. | 13CC | 250.00 | 0.10 | 25.00 |
| 11-07-13 | Draft letter to California Franchise Tax Board regarding offset of refund. | 13CH | 175.00 | 0.15 | 26.25 |
| 11-07-13 | Telephone conference with Internal Revenue Service regarding Notice of Levy. (No Charge) | 13CH | 0.00 | 0.25 | NO CHARGE |
| 11-08-13 | Review and finalize letter to California Franchise Tax Board. (No Charge) | 13CH | 0.00 | 0.10 | NO CHARGE |
| 11-08-13 | Draft letter to Internal Revenue Service Notice of Intent. | 13CH | 175.00 | 0.15 | 26.25 |
| 11-15-13 | Revise letters to Internal Revenue Service and California Franchise Tax Board from attorney notes.  (No Charge) | 13CH | 0.00 | 0.40 | NO CHARGE |
| 11-15-13 | Review and revise letters drafted by legal assistant (CH) regarding Internal Revenue Service and California | 13CC | 250.00 | 0.10 | 25.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Franchise Tax Board. |  |  |  |  |
| 11-15-13 | Review, approve and sign revised letters drafted by legal assistant (CH) regarding Internal Revenue Service and California Franchise Tax Board. | 13CC | 250.00 | 0.05 | 12.50 |
|  |  | **Tax Issues Subtotal:** |  | 0.65 | $140.00 |
|  |  | **Tax Issues Subtotal:** |  | 0.75 | *NO CHARGE* |

| **Fee Application** |  | **WHO** | **RATE** | **HRS.** | **AMOUNT** |
|---|---|---|---|---|---|
| 11-26-13 | Draft fee application (billed as part of flat fee) | 13JH | 0.00 | 0.70 | NO CHARGE |
| 11-26-13 | Review, approve and sign Supplemental Fee Application. (No Charge - Part of Flat Fee). | 13CC | 0.00 | 0.10 | NO CHARGE |
|  |  | **Fee Application Subtotal:** |  | 0.80 | *NO CHARGE* |

| **Relief from Stay** |  | **WHO** | **RATE** | **HRS.** | **AMOUNT** |
|---|---|---|---|---|---|
| 11-05-13 | Review Stipulated Order on Motion for Relief regarding dissolution entered by court. | 13CC | 250.00 | 0.05 | 12.50 |
| 11-05-13 | Draft e-mail to Jim Hoover re: order on relief. | 13CC | 250.00 | 0.10 | 25.00 |
| 11-20-13 | Direct legal assistant (NC) regarding obtaining certified copy of order of relief re: automatic stay. | 13CC | 250.00 | 0.10 | 25.00 |
| 11-22-13 | Draft letter to James Hoover re: certified copy of Order of Relief. | 13CC | 250.00 | 0.10 | 25.00 |
|  |  | **Relief from Stay Subtotal:** |  | 0.35 | $87.50 |

| **General Post-Confirmation Matters** |  | **WHO** | **RATE** | **HRS.** | **AMOUNT** |
|---|---|---|---|---|---|
| 11-05-13 | Office conference with associate (CC) regarding drafting letters to Internal Revenue Service and California Franchise Tax Board; update file notes. | 13CH | 175.00 | 0.20 | 35.00 |
| 11-05-13 | Office conference with associate (CC) regarding drafting letters to Internal Revenue Service and California Franchise Tax Board; update file notes. | 13CH | 175.00 | 0.20 | 35.00 |
| 11-05-13 | Review and respond to email from client regarding attorney | 13CC | 250.00 | 0.10 | 25.00 |

| Date | Description | Code | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | client privilege issues. | | | | |
| 11-20-13 | Draft e-mail to client re: plan documentation for RSUs | 13CC | 250.00 | 0.10 | 25.00 |
| 11-21-13 | Legal research regarding Apple 2003 Employee Stock Plan. (No Charge) | 13CC | 0.00 | 0.40 | NO CHARGE |
| 11-21-13 | Draft e-mail to Jordan Hantman re: RSU grant. | 13CC | 250.00 | 0.35 | 87.50 |
| 11-21-13 | Draft e-mail to client re: email to Trustee's office. | 13CC | 250.00 | 0.10 | 25.00 |
| 12-13-13 | Review and respond to email from client re: language re: dissolution. | 13CC | 250.00 | 0.10 | 25.00 |
| 12-23-13 | Revew Letter from Federal Student Aid re: unable to deliver document re: fee application. | 13CC | 250.00 | 0.05 | 12.50 |
| 01-06-14 | Review and respond to email from Kara Brown re: MSA. | 14CC | 275.00 | 0.25 | 68.75 |
| 01-08-14 | Review and respond to email from client re: bonus, 2013 taxes, changes in financial situation. | 14CC | 275.00 | 0.15 | 41.25 |
| 01-20-14 | Review notes in file re: California Franchise Tax Board; review Amended Proof of Claim for CFTB; update notes in file re: the same. | 14CC | 275.00 | 0.10 | 27.50 |
| 03-18-14 | Review e-mail from client re: proposed use of personal property; research the same. | 14CC | 275.00 | 0.15 | 41.25 |
| 03-20-14 | Office conference with associate (CC) re: client's request to liquidate stock options, permission needed from trustee. | 14AC | 370.00 | 0.10 | 37.00 |
| 03-20-14 | Office conference with Ann K. Chapman regarding Order Confirming Plan requirement, interpretation. | 14CC | 275.00 | 0.10 | 27.50 |
| 03-20-14 | Review and respond to email from client re: Order Confirming Plan requirement, use of vested RSUs. | 14CC | 275.00 | 0.10 | 27.50 |
| 03-21-14 | Review and respond to email from client re: proposed expenses. | 14CC | 275.00 | 0.15 | 41.25 |
| 03-24-14 | Draft email to Trustee's office re: authorization for use of funds. | 14CC | 275.00 | 0.15 | 41.25 |
| 03-24-14 | Draft responsive email to client re: timeframe for response. (No Charge) | 14CC | 0.00 | 0.10 | NO CHARGE |

```
03-25-14   Review e-mail from Stephanie     14CC  275.00   0.10      27.50
           Mayo re: use of funds; Draft
           e-mail to client re: the same.
04-14-14   Review and respond to email      14CC  275.00   0.10      27.50
           from client re: 2013 taxes.
06-26-14   Draft debtor change of address;  14NC  130.00   0.10      13.00
           prepare for ECF (electronic
           case filing).
06-26-14   REVERSE CHARGE RE: Draft debtor  14NC  130.00  -0.10     -13.00
           change of address; prepare for
           ECF (electronic case filing).
```

**General Post-Confirmation Matters Subtotal:  2.65   $678.25**
**General Post-Confirmation Matters Subtotal:  0.50   *NO CHARGE***

----------------------------------------------------------------------
**TOTAL SERVICES PROVIDED:**                          **5.70   $905.75**

### PROFESSIONAL SERVICES PROVIDED

```
06-30-14   Flat fee for fee application                            35.00
                              Total Services:                    $940.75
```

### * * * COSTS * * *

|            |                                      | **RATE** | **QTY.** | **AMOUNT** |
|------------|--------------------------------------|----------|----------|------------|
| 11-22-13   | USBC - Certified Copy Charges        | 1.00     | 12.50    | 12.50      |
| 11-30-13   | Photocopy costs for the month of November, 2012 | 0.15 | 38 | 5.70 |

*Subtotal:*                                                       *$18.20*

----------------------------------------------------------------------
**TOTAL COSTS EXPENDED:**                                          18.20

_____

                           **S U M M A R Y**

Previous Balance                                  6,949.94
Less Payments Received                           -6,949.94
                                                 ----------
   **Previous Unpaid Balance:**                                        0.00

Current Services Provided                           940.75
Current Costs Advanced                               18.20
                                                 ----------
   **Total Current Charges:**                                        958.95
                                                              ------------
                              **AMOUNT DUE:**                     **$958.95**
                                                              ============


_____

                         CLIENT'S TRUST ACCOUNT
_____

                      **Previous Trust Balance:**                  **$0.00**
                               **Trust Balance:**                  **$0.00**

SERVICES BY TYPE:

| | | |
|---|---|---|
| Tax Issues | 0.65 Hrs | $140.00 |
| Tax Issues | 0.75 Hrs | NO CHARGE |
| Fee Application | 0.80 Hrs | NO CHARGE |
| Relief from Stay | 0.35 Hrs | $87.50 |
| General Post-Confirmation Matters | 2.65 Hrs | $678.25 |
| General Post-Confirmation Matters | 0.50 Hrs | NO CHARGE |

SERVICES BY PERSON:

    Total Services    $905.75

COSTS BY TYPE:

    $18.20
    Total Costs    $18.20