**U.S. BANKRUPTCY COURT**
**DISTRICT OF OREGON**
**F I L E D**

December 31, 2014

Clerk, U.S. Bankruptcy Court

**Below is an order of the Court.**

*Elizabeth L. Perris*

**U.S. Bankruptcy Judge**

OSVRSP13 (7/26/04) rdl

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
 **Mark Alan Denney**
 **Deborah Candace Urban Denney**
Debtor(s)

) Case No. **13–32146–elp13**
)
) ORDER OF ADMINISTRATIVE
) SEVERANCE OF CASE; AND,
) REGARDING ONLY THE DEBTOR
) NAMED IN POINT 2 BELOW,
) ASSIGNMENT OF NEW
) BANKRUPTCY CASE NUMBER

It appearing only one debtor, **Mark Alan Denney, filed a motion to sever this case,** now, therefore,

**IT IS ORDERED** that:

1. This case be administratively severed into two separate cases.

2. All future documents for filing that pertain to debtor **Mark Alan Denney** must **BOTH:**

    a. show only the **NEW** case number **14–37053–elp13** AND

    b. show only the name of the debtor **Mark Alan Denney.**

3. All future documents for filing that pertain to debtor **Deborah Candace Urban Denney** must **BOTH:**

    a. show only the **ORIGINAL** case number **13–32146–elp13;** AND

    b. show only the name of the debtor **Deborah Candace Urban Denney.**

Page 1 of 2              * * *  SEE NEXT PAGE  * * *

4. The debtor Mark Alan Denney, shall file amended schedules A,B,C,I, and J, a real property tax statement regarding any real property owned by that debtor, and a modified plan and a notice of modification of plan using LBF #1355.05 or LBF #1355.10, as appropriate, within 45 days following 12/31/14. If the debtor Mark Alan Denney fails to file the required documents by such date, that debtor's case will be dismissed without further notice.

5. Claims filed in Case No. 13−32146−elp13 shall be deemed to be timely filed and allowed in the new Case No. 14−37053−elp13 in the amount of the unpaid balance of such claims.

6. Unless otherwise provided for by a plan or court order, future distribution on allowed claims in Case No. 13−32146−elp13 or Case No. 14−37053−elp13 shall not be deemed to be distributions on allowed claims in the other case.

7. The plan in effect in Case No. 13−32146−elp13 shall have no effect in Case No. 14−37053−elp13