IT IS ORDERED AND NOTICE IS GIVEN THAT:

    (a) The trustee is authorized to compensate the debtor's attorney in the amount requested below without further notice or order if copies are timely served per (b) unless, within 30 days of the FILED date, a party files a written objection that sets forth specific grounds for it, with the Clerk of Court, 1001 SW 5th Ave #700, Portland OR 97204. If the amount requested includes fees for work necessary to complete the case, and payment of such fees will have any impact on creditor distributions, the trustee is authorized to compensate the attorney in the amount requested for work necessary to complete the case 21 days after an itemized bill for the additional work is filed and a copy is served on the debtor unless, within 14 days after service, a written objection is filed.

    (b) The applicant must comply with all provisions in the court's Notice to Serve Document(s), and must BOTH (1) properly serve a copy of this document, AND (2) FILE a completed Certificate of Service using a copy of this document (WITHOUT any attachments).

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. **14-37053-pcm13**
)
**Mark A. Denney** )
) [ONLY FOR CHAPTER 13 CASES]
) APPLICATION BY DEBTOR'S ATTORNEY
) FOR SUPPLEMENTAL COMPENSATION;
Debtor(s) ) AND ORDER AND NOTICE THEREON

I, the undersigned debtor's attorney, whose address and phone number are **117 SW Taylor St, Ste 300 Portland, Oregon 97204, 503-417-0500**, apply for additional compensation from the debtor's estate for the period from **09/12/13** to **04/24/18** in the sum of $**4,667.41** (which is not less than $500 unless this is a final application, and which, if this is a final application, includes $**315.00** in anticipated additional fees to complete the case), per the attached itemized billing summary.

I CERTIFY THAT:

    1. This (**Check One**) ☒ IS ☐ IS NOT my final application for compensation in this case.

    2. I have previously been awarded a total of $_____**0\***_____. If granted, the total approved compensation amount will be $____**4,667.41\***____.

1307 (12/1/15) **Page 1 of 2**

3. My Disclosure of Compensation shows the debtor(s) and I agreed to:
   [X] Schedule 2   [ ] Schedule 3.

4. My previous application for compensation (i.e., either the original compensation disclosure or a supplemental application) was filed on _____, which is more than six months from the date of this application unless this is my final application.

5. Allowance of this application will (mark all that apply):
   [X] not affect the distribution to creditors.
   [ ] not change the length of the plan which is estimated at _____ months.
   [ ] change the length of the plan from an estimated _____ months to an estimated _____ months.
   [ ] delay the distribution to creditors by approximately _____ months.
   [ ] reduce the distribution to general unsecured creditors from an estimated _____% to an estimated _____ %
   [ ] require that the debtor pay more, either by additional or increased plan payments sufficient to pay the additional fees.
   [X] other: **Modified Plan proposes to pay 0% of claims** _____
   _____.

6. Applicant will file a modified plan within 28 days of allowance of the compensation requested in this application if the allowance will otherwise require plan modification.

7. Applicant declares that, except as explained below, the minimum time billed is not in increments that exceed .1 hour (6 minutes), and that any time spent working on multiple matters concurrently has been allocated between those matters so that total billings do not exceed the actual time spent:

<span style="color:red">8/19/2014   PCM</span>

DATE: __04/24/18__                          **/s/ Troy G. Sexton**_____
                                            Debtor's Attorney

* Debtor's previous attorney was awarded total compensation of $13,442.98 on ~~8/14/2014~~. If granted, total compensation to all attorneys in this case will be $18,110.39

***STOP:*** **BEFORE** **SERVING COPIES, SUBMIT THE MOTION TO OBTAIN A JUDGE'S ORDER!**

## CERTIFICATE OF SERVICE

I certify that on _____ a copy of this application and order thereon (without attachments unless the order requires service of an economic impact statement on the debtor), and any Notice of Hearing prepared by the court per the judge's order, were served on the debtor, and, if amounts requested and anticipated exceed $1,000, on all creditors who filed claims and entities that filed a request to receive all case notices.

_____
Signature & Relation to Applicant

1307 (12/1/15) **Page 2 of 2**

**Fees**

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Stmt # Rate | Hours to Bill | Amount | Description | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| 2541.001 | 09/12/2013 | 11 | A | 1 | 285.00 | 0.30 | 85.50 | Telephone call from C. Coyle regarding issues in case, and items to handle for client.<br>Denney/Mark<br>Bankruptcy | ARCH |
| 2541.001 | 10/25/2013 | 11 | A | 1 | 285.00 | 0.20 | 57.00 | Email from C. Coyle regarding proposed order granting relief from stay; review order and statutory provisions; email to client regarding same.<br>Denney/Mark<br>Bankruptcy | ARCH |
| 2541.001 | 01/13/2014 | 11 | A | 1 | 320.00 | 0.30 | 96.00 | Review email from client regarding changes to budget and other questions about relocating; review original schedules for comparison; email to client with advice regarding budget changes.<br>Denney/Mark<br>Bankruptcy | ARCH |
| 2541.001 | 01/28/2014 | 11 | A | 1 | 320.00 | 0.30 | 96.00 | Emails from client regarding communication with Deborah, and budget questions; emails to client regarding same.<br>Denney/Mark<br>Bankruptcy | ARCH |
| 2541.001 | 06/05/2014 | 11 | A | 1 | 320.00 | 0.20 | 64.00 | Emails from/to client regarding budget and tax refunds.<br>Denney/Mark<br>Bankruptcy | ARCH |
| 2541.001 | 06/06/2014 | 11 | A | 99 | | | 0.00 | Write off of $ 3.66 finance charge.<br>Denney/Mark<br>Bankruptcy | ARCH |
| 2541.001 | 09/24/2014 | 11 | A | 1 | 320.00 | 0.80 | 256.00 | Review documents; prepare amended budget; telephone call to client regarding questions about amended budget; review plan and OCP; email draft amended budget to client.<br>Denney/Mark<br>Bankruptcy | ARCH |
| 2541.001 | 11/17/2014 | 11 | A | 1 | 320.00 | 0.70 | 224.00 | Continue review of schedules and bankruptcy preparation documents for bifurcation analysis.<br>Denney/Mark<br>Bankruptcy | ARCH |
| 2541.001 | 11/18/2014 | 11 | A | 1 | 320.00 | 0.50 | 160.00 | Continue review of proposed bifurcated documents; telephone call from client regarding details, and regarding next steps.<br>Denney/Mark<br>Bankruptcy | ARCH |
| 2541.001 | 12/16/2014 | 11 | A | 1 | 320.00 | 0.20 | 64.00 | Emails to/from C. Coyle regarding motion to bifurcate or reallocation of plan payment responsibility.<br>Denney/Mark<br>Bankruptcy | ARCH |
| 2541.001 | 12/17/2014 | 11 | A | 1 | 320.00 | 0.40 | 128.00 | Telephone call to C. Coyle regarding bifurcation and complementary plans; email to client regarding same.<br>Denney/Mark<br>Bankruptcy | ARCH |
| 2541.001 | 12/30/2014 | 11 | A | 1 | 320.00 | 0.50 | 160.00 | Draft motion to sever; email to client regarding same; email to C. Coyle regarding same.<br>Denney/Mark<br>Bankruptcy | ARCH |
| 2541.001 | 01/02/2015 | 12 | A | 1 | 260.00 | 1.90 | 494.00 | Analyze claims for proper debtor (1.5); multiple emails with M. Denney regarding debt information (.4).<br>Denney/Mark<br>Bankruptcy | ARCH |
| 2541.001 | 01/08/2015 | 12 | A | 1 | 260.00 | 1.60 | 416.00 | Prepare objections to 11 claims in M. Denney individual case (1.0); analyze claims objections service issues under Monk case(.6).<br>Denney/Mark<br>Bankruptcy | ARCH |
| 2541.001 | 01/20/2015 | 12 | A | 1 | 260.00 | 0.30 | 78.00 | Review service addresses for claim objections.<br>Denney/Mark<br>Bankruptcy | ARCH |
| 2541.001 | 08/04/2015 | 19 | A | 1 | 150.00 | 0.60 | 90.00 | Review email from client regarding payment issue (0.1); draft and send email to trustee regarding same (0.1); telephone conference with trustee's office regarding payment issue (0.2); follow up email to trustee's office regarding same (0.1); telephone conference with client regarding status (0.1); brief conference with N. Henderson (No Charge).<br>Denney/Mark<br>Bankruptcy | ARCH |
| 2541.001 | 08/20/2015 | 11 | A | 1 | 350.00 | 0.20 | 70.00 | Telephone call from C. Coyle regarding payment reconciliation issue.<br>Denney/Mark<br>Bankruptcy | ARCH |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Stmt # Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | | |
| 2541.001 | 08/24/2015 | 19 | A | 1 | 150.00 | 0.30 | 45.00 | Email from client regarding status of payment issue; emails to client and trustee regarding same. Denney/Mark Bankruptcy | ARCH |
| 2541.001 | 09/03/2015 | 19 | A | 1 | 150.00 | 0.10 | 15.00 | Brief email from N. Henderson regarding payment issue; review trustwin website to ensure payments corrected; brief email to client confirming same. Denney/Mark Bankruptcy | ARCH |
| 2541.001 | 03/01/2017 | 19 | A | 1 | 150.00 | 0.30 | 45.00 | Telephone conference with client; prepare and file change of address form. Denney/Mark Bankruptcy | ARCH |
| 2541.001 | 03/15/2017 | 19 | A | 1 | 150.00 | 0.20 | 30.00 | Emails to and from client (x3) regarding amended schedules and tax returns. Denney/Mark Bankruptcy | ARCH |
| 2541.001 | 11/13/2017 | 12 | A | 1 | 315.00 | 0.60 | 189.00 | Telephone conference with M. Denny regarding home purchase details; analyze plan and related case documents; emails with trustee regarding proposal. Denney/Mark Bankruptcy | ARCH |
| 2541.001 | 11/14/2017 | 12 | A | 1 | 315.00 | 0.30 | 94.50 | Emails with client and trustee regarding proposed home purchase. Denney/Mark Bankruptcy | ARCH |
| 2541.001 | 04/16/2018 | 12 | P | 1 | 315.00 | 2.00 | 630.00 | Analyze multiple issues related to plan payoff and plan base calculations(1.7); emails with M. Denny regarding tax issues related the same (.3). Denney/Mark Bankruptcy | 24 |
| 2541.001 | 04/17/2018 | 12 | P | 1 | 315.00 | 0.50 | 157.50 | Review tax returns from client; analyze issues related to claim to tax returns for nondebtor spouse. Denney/Mark Bankruptcy | 25 |
| 2541.001 | 04/18/2018 | 12 | P | 1 | 315.00 | 0.80 | 252.00 | Analyze past tax returns and prepare tax analysis spreadsheet for bankers the trustee. Denney/Mark Bankruptcy | 26 |
| **Total for Fees** | | | | | Billable | 14.10 | 3,996.50 | | |
| **Expenses** | | | | | | | | | |
| 2541.001 | 01/01/2015 | 11 | A | 60 | | | 310.00 | United States Bankruptcy Court; filing fee Denney/Mark Bankruptcy | ARCH |
| 2541.001 | 01/02/2015 | 11 | A | 98 | | | 8.20 | PACER Denney/Mark Bankruptcy | ARCH |
| 2541.001 | 02/28/2015 | 11 | A | 55 | | | 34.56 | Postage Denney/Mark Bankruptcy | ARCH |
| 2541.001 | 02/28/2015 | 11 | A | 51 | 0.150 | | 2.55 | Photocopies Denney/Mark Bankruptcy | ARCH |
| 2541.001 | 03/31/2015 | 11 | A | 98 | | | 0.60 | Pacer Denney/Mark Bankruptcy | ARCH |
| **Total for Expenses** | | | | | Billable | 0.00 | 355.91 | | |

|  | **GRAND TOTALS** |  |  |
|---|---|---|---|
| | Billable | 14.10 | 4,352.41 |

```
Timekeepers:
#11 - Nicholas J. Henderson, Partner:        0.5 hours @ $285.00 per hour = $142.50
                                             3.9 hours @ $320.00 per hour = $1,248.00
                                             0.2 hours @ $350.00 per hour = $70.00
#12 - Troy G. Sexton, Associate:             3.8 hours @ $260.00 per hour = $988.00
                                             4.2 hours @ $315.00 per hour= $1,323.00
#13 - Christopher Sturgeon, Legal Assistant: 1.5 hours @ $150.00 per hour = $225.00
                                             Total Attorney Fees: $3996.50
Anticipated Fees to Resolve Case                        $315
```